**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1161**

CHUKWUMA E. AZUBUKO,

              Plaintiff - Appellant,

     v.

UNITED STATES OF AMERICA,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Mark S. Davis, District Judge.  (4:12-cv-00147-MSD-DEM)

Submitted:  April 18, 2013        Decided:  April 22, 2013

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chukwuma E. Azubuko, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chukwuma E. Azubuko appeals the district court's order denying his Fed. R. Civ. P. 60(b) motions. We have reviewed the record and find no reversible error. Accordingly, although we grant Azubuko leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. <u>Azubuko v. United States</u>, No. 4:12-cv-00147-MSD-DEM (E.D. Va. Nov. 21, 2012). We deny Azubuko's pending motions for joinder and reinstatement. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2